IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01838-WJM-MJW

DONALD O'SULLIVAN,

Plaintiff,

v.

GEICO CASUALTY COMPANY, a Maryland insurance company,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Defendant's Unopposed Motion for Entry of Confidentiality Order (docket no. 34) is GRANTED finding good cause shown. The written Stipulated Protective Order (docket no. 34-1) is APPROVED as amended in paragraphs 12 & 24 and made an Order of Court.

     It is further ORDERED that Plaintiff's Motion for Leave to Amend Complaint to Add Punitive Damages Against Defendant Geico Casualty Company (Docket No. 30) is granted. Plaintiff shall forthwith file his Amended Complaint without the underscoring used in Docket No. 30-3.

Date: January 25, 2016